IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| Jennifer VanDerStok; Michael G. Andren; Tactical Machining, L.L.C., a limited liability company; Firearms Policy Coalition, Incorporated, a nonprofit corporation,<br>       Plaintiffs-Appellees,<br>v.<br>Merrick Garland, U.S. Attorney General; United states Department of Justice; Steven Dettelbach, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; Bureau of Alcohol, Tobacco, Firearms, and Explosives,<br>       Defendants-Appellants. | No. 22-11071 |
| BlackHawk Manufacturing Group, Incorporated, doing business as 80 Percent Arms,<br>       Intervenor Plaintiff-Appellee,<br>v.<br>Merrick Garland, U.S. Attorney General; United states Department of Justice; Steven Dettelbach, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; Bureau of Alcohol, Tobacco, Firearms, and Explosives,<br>       Defendants-Appellants. | No. 22-11086 |

**BLACKHAWK MANUFACTURING GROUP INC.'S
RESPONSE AND WITHDRAWAL OF OBJECTION TO
GOVERNMENT'S MOTION TO VOLUNTARILY DISMISS APPEALS**

Intervenor Plaintiff-Appellee, BlackHawk Manufacturing Group, Inc. ("BlackHawk"), by and through undersigned counsel, submits this response to Defendants-Appellants' Motion to Voluntarily Dismiss Appeals (Dkt. 92) filed on August 14, 2023. In consideration of Defendant-Appellants' Reply (Dkt. 118) filed on August 30, 2023, BlackHawk respectfully withdraws its opposition to Defendants-Appellants' Motion, and consents to the proposed voluntary dismissal of the appeal (No. 22-11086) on the basis that BlackHawk currently has a pending motion for injunctive relief in the district court and concurs with the Government's stated position that any issue pending in the district court may be litigated in any appeal from the granting or denial of the relief being sought in that court and argued in the appeal of the final judgment pending in this Court.

Dated: August 31, 2023

Respectfully submitted,

/s/*Michael J. Sullivan*
Michael J. Sullivan
Nathan P. Brennan
ASHCROFT LAW FIRM, LLC
200 State Street, 7th Floor
Boston, MA 02109
(617) 573-9400
msullivan@ashcroftlawfirm.com
nbrennan@ashcroftlawfirm.com

*Counsel for BlackHawk Manufacturing Group, Inc., doing business as 80 Percent Arms*

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2023, I electronically filed the foregoing document with the Clerk of this honorable Court by using the appellate CM/ECF system. Participants in the cases are registered CM/ECF users, and service was accomplished by the CM/ECF system.

/s/*Michael J. Sullivan*
Michael J. Sullivan

## **CERTIFICATE OF COMPLIANCE**

I certify that this Response Brief of Plaintiff-Appellee BlackHawk Manufacturing Group, Inc. complies with the type-volume limitation of FED. R. APP. P.27(d)(2)(A) because this brief contains 125 words, excluding the parts exempted by Fed. R. App. P. 32(f).

This brief also complies with the typeface and type style requirements of Fed. R. App. P. 27(d)(1)(E) and 32(a)(5)-(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word for Microsoft 365 (Version 2212) in Times New Roman 14-point font.

Dated: August 31, 2023                         */s/ Michael J. Sullivan*
                                                               Michael J. Sullivan